IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA AND COLUMBUS DIVISIONS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Indictment Number |
| versus ) | 7:16-CR-2 |
| ) | |
| WILLIAM BACON, MD, et. al. ) | |

**MOTION IN LIMINE: REFERENCES TO OPIOID CRISES**

COMES NOW, William Bacon, M.D., Defendant herein, by and through undersigned counsel, and files this his Motion in Limine: References to Opioid Crises, showing this Honorable Court as follows, to-wit:

1.

The Defendant, and several others, are charged in the instant indictment with conspiracy to unlawfully dispense and distribute controlled substances without a valid medical purpose alleging a substantial amount of prescriptions for opioids, such as oxtcontin and oxycodone, were unlawfully written by the Defendant, along with other charges.

2.

To the extent that it can be discerned, the Government's theory of the prosecution is that the Defendant, a medical doctor, was an independent contractor at the Wellness Center of Valdosta who prescribed such controlled substances to individuals for the purpose of subsequent unlawful distribution for monetary gain.

3.

There is no doubt that, over the past decade, there has been a substantial increase in the illicit use of opioids to the extent that the United States Center for

Disease Control now labels it an epidemic. See https://www.cdc.gov/drugoverdose/epidemic/index.html. Further, there have been countless written materials, news articles and televised journalistic endeavors to bring this issue to the public's attention. For example, searching the phrase "opioid crises" on www.google.com yields 530,000 results in a matter of milliseconds. Indeed, the cable channel A&E, which produces the show "Intervention" about addictive behavior and recovery is presently airing a special edition about the opioid crises surrounding the metropolitan Atlanta area to a nationwide audience. See www.aetv.com.

4.

The Defendant is gravely concerned that the Government, in the presentation of its case in chief, will attempt to elicit testimony from various agents of the Georgia Bureau of Investigation, the Drug Enforcement Administration, various pharmacists and other medical professionals pertaining to the alleged opioid epidemic in the United States and abroad and that the alleged conduct of the Defendant in the instant case contributes to the aforementioned epidemic.

5.

The Defendant shows that such testimony, while perhaps probative as a motive for the conspiracies alleged in the indictment, is nevertheless extraordinarily prejudicial to the Defendant under Rule 403 of the Federal Rules of Evidence. Indeed, not only should this Honorable Court prohibit such testimony being elicited from the Government and its witnesses and in argument, it should also so instruct the jury, even in the absence of such testimony, that it cannot consider extraneous, but yet wide-spread, public outcries and concerns over the illicit and illegal use of opioids.

WHEREFORE, your Defendant respectfully requests that this Honorable Court

a)  Read and consider the within Motion in Limine;

b)  Grant same and issue an Order prohibiting the Government from eliciting testimony and presenting argument pertaining to an "opioid crisis"

c)  So instruct the jury as to the same in its charge thereto; and

d)  Grant any other relief as is just and equitable in the premises.

Respectfully submitted this 24th day of January, 2018.

*s/ Scott Chandler Huggins*
Scott Chandler Huggins
Counsel for Defendant Bacon
Georgia Bar Number 375445

Law Office of Scott Chandler Huggins
3865 Magnolia Walk Trail
Cumming, Georgia 30040
(478) 297-5357
scottchuggins@hotmail.com