IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA AND COLUMBUS DIVISIONS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Indictment Number |
| versus ) | 7:16-CR-2 |
| ) | |
| WILLIAM BACON, MD, et. al. ) | |

**MOTION FOR RELEASE OF SEIZED FUNDS**

COMES NOW, Defendant William Bacon, M.D., and, through undersigned counsel, submits this his Motion for Release of Seized Funds, showing this Honorable Court as follows:

1.

The Defendant is charged in a Superceding Indictment with conspiracy to dispense controlled substances without a legitimate medical purpose, two substantive counts of dispensing controlled substances without a legitimate medical purpose and one count of conspiracy to launder money. Trial in this matter commenced on May 29th, 2018, concluding with a jury verdict of guilty on Count One (Conspiracy to dispense controlled substances without a legitimate medical purpose) of even date. The jury acquitted the Defendant on all other counts of the Indictment.

2.

Also included in the Indictment was a general criminal forfeiture count which sought to forfeit currency in a Bank of America Account jointly owned by the Defendant and his wife, Donna Bacon. The forfeiture allegation encompassed all counts of the Indictment and asserted that a conviction on any of the four counts against Defendant Bacon would trigger the forfeiture of the seized monies presently in the custody and

control of the Government.

3.

The Court redacted the Indictment to exclude the forfeiture count on Motion from the Defendant and the Defendant demanded that the jury consider the forfeiture allegation should he be convicted of any of the four criminal charges against him.

4.

On June 11, 2018 at approximately 10:20 a.m., Counsel for the Defendant and Counsel for the Government reached a settlement agreement. The terms of the settlement, stated on the record, provided that, in the event of a conviction on any of the indicted counts, the Government would return Seventy-Five Thousand ($75,000.00) Dollars of the seized funds to the Defendant. The remainder would be considered forfeited to the Government.

5.

On June 13, 2018, at approximately 9:15 a.m., the verdict of the jury was published and, as stated in Paragraph One, *supra*, the sole count of conviction would trigger the terms of the Settlement Agreement between the parties. Accordingly, demand is hereby made for the release of the seized funds to the Defendant or his legal nominee, *instanter*.

WHEREFORE, your Defendant respectfully requests that this Honorable Court

a) Read and consider the within Motion for Release of Seized Funds;

b) Grant same;

c) Order the Government to transmit Seventy-Five Thousand ($75,000.00) Dollars to the Defendant or his nominee either through electronic funds

       transfer (EFT) to an account of his designation, certified check drawn upon the United States Treasury payable to the Defendant or his nominee or certified check drawn upon the United States Treasury payable to "Scott Chandler Huggins Attorney Trust Account"; and

d)     Grant any other relief as is just and equitable in the premises.

Respectfully submitted this 13th day of June, 2018.

                                         **s/ Scott Chandler Huggins**
                                         SCOTT CHANDLER HUGGINS
                                         Counsel for Defendant William Bacon, M.D.
                                         Georgia Bar Number 375445

Law Office of Scott Chandler Huggins
3865 Magnolia Walk Trail
Cumming, Georgia 30040
(478) 297-5357