IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

FILED
JUN 14 2018
Nora Paul
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

WILLIAM BACON and DONATUS O. MBANEFO

Case No. 7:16-CR-2 (HL)

## VERDICT

### Count One

As to Count One of the Indictment, Conspiracy to Unlawfully Dispense Schedule II, III, and IV Controlled Substances, we, the jury, find the Defendant William Bacon:

_____ Not Guilty      \_\_\_✓\_\_\_ Guilty

As to Count One of the Indictment, Conspiracy to Unlawfully Dispense Schedule II, III, and IV Controlled Substances, we, the jury, find the Defendant Donatus O. Mbanefo:

_____ Not Guilty      \_\_\_✓\_\_\_ Guilty

### Count Two

As to Count Two of the Indictment, Unlawful Dispensation of Controlled Substances, we, the jury, find the Defendant Donatus O. Mbanefo:

_____ Not Guilty       \_\_\_✓\_\_\_ Guilty

### Count Three

As to Count Three of the Indictment, Unlawful Dispensation of Controlled Substances, we, the jury, find the Defendant Donatus O. Mbanefo:

_____ Not Guilty       \_\_\_✓\_\_\_ Guilty

### Count Four

As to Count Four of the Indictment, Unlawful Dispensation of Controlled Substances, we, the jury, find the Defendant William Bacon:

\_\_\_✓\_\_\_ Not Guilty       _____ Guilty

### Count Five

As to Count Five of the Indictment, Unlawful Dispensation of Controlled Substances, we, the jury, find the Defendant William Bacon:

\_\_\_✓\_\_\_ Not Guilty       _____ Guilty

2

## Count Six

As to Count Six of the Indictment, Conspiracy to Launder Monetary Instrument, we, the jury, find the Defendant William Bacon:

____✓____ Not Guilty          _____ Guilty

As to Count Six of the Indictment, Conspiracy to Launder Monetary Instrument, we, the jury, find the Defendant Donatus O. Mbanefo:

____✓____ Not Guilty          _____ Guilty

**SO SAY WE ALL** this __13th__ day of June, 2018.

_____
**FOREPERSON**

**SIGNATURES ON FOLLOWING PAGE**

3